3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KATELYN JONES,

      Defendant.

_____/

Case:2:21-cr-20063
Judge: Michelson, Laurie J.
MJ: Whalen, R. Steven
Filed: 02-03-2021 At 01:30 PM
INDI USA V KATELYN JONES (LG)

VIO:  18 U.S.C. § 875(c)

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
18 U.S.C. § 875(c)
*Threats of Violence Through Interstate Commerce*

On or about November 18, 2020, in the Eastern District of Michigan, the defendant, KATELYN JONES, did knowingly and willfully, that is with the intent to communicate a true threat and with knowledge that it would be viewed as a true threat, transmit in interstate commerce communications, specifically a series of text messages from phone number (269) xxx-xx68 to Adult Victim 1 (AV-1), containing threats to injure the person of another, that is AV-1 and Minor Victim 1 (MV-1); all in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
18 U.S.C. § 875(c)
*Threats of Violence Through Interstate Commerce*

On or about November 18, 2020, in the Eastern District of Michigan, the

defendant, KATELYN JONES, did knowingly and willfully, that is with the intent

to communicate a true threat and with knowledge that it would be viewed as a true

threat, transmit in interstate commerce communications, specifically Instagram

posts made using an account with username "_etfere," containing threats to injure

the person of another, that is AV-1 and MV-1; all in violation of Title 18, United

States Code, Section 875(c).

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON


SAIMA S. MOHSIN
Acting United States Attorney


MATTHEW ROTH
Chief, Major Crimes Unit

s/Diane N. Princ
DIANE N. PRINC
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
Diane.Princ@usdoj.gov
(313) 226-9524

Dated: February 3, 2021

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case:2:21-cr-20063<br>Judge: Michelson, Laurie J.<br>MJ: Whalen, R. Steven<br>Filed: 02-03-2021 At 01:30 PM<br>INDI USA V KATELYN JONES (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accu

| Companion Case Information | Comp... |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: DNP |

**Case Title:** USA v.  Katelyn Jones

**County where offense occurred:**     Wayne

**Offense Type:**     Felony

Indictment -- based upon prior complaint [**Case number:** 2:20-mj-30535]

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

February 3, 2021
_____
Date

Diane N. Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Diane.Princ@usdoj.gov
(313) 226-9524
Bar #: NY 4781159

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.