UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,               Case No. 21-cr-20063

v.                                Hon. Laurie J. Michelson

KATELYN JONES,

       Defendant.

_____/

## STIPULATION SEEKING CONTINUANCE AND FINDING OF EXCLUDABLE DELAY

The defendant, Katelyn Jones, was charged by complaint on December 22, 2020, with communicating a threat in interstate commerce. She made her initial appearance on January 19, 2021 and was released on bond with conditions that same day. A federal grand jury indicted her on February 3, 2021. This is the third jointly requested adjournment. The defendant agrees to adjourn the scheduling dates as set forth in this stipulation.

Specifically, the parties stipulate to continue the final pretrial conference / plea hearing from August 24, 2021, to October 13, 2021 at 2:00 p.m., and the trial from September 7, 2021, to October 25, 2021.

The parties further stipulate, and jointly move the Court to find, that the time from September 7, 2021, to October 25, 2021 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties' reasons for the continuance and for a finding of excludable delay are as follows:

- The parties continue to discuss potential resolutions of this matter. For the defendant's part, those discussions have been delayed by the need to collect voluminous records from third parties. Some of those requests remain outstanding and are expected to be received shortly. Those records will then need to be reviewed, and the pertinent portions communicated to the government, which will need to evaluate the defendant's submissions in their entirety and respond.

- The unprecedented and exigent circumstances created by Covid-19 have created a health emergency throughout the United States and numerous foreign countries and has resulted

in widespread societal disruption. The Court continues to have limited availability to conduct hearings and trials.

The parties also stipulate and agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release.

**IT IS SO STIPULATED.**

s/*Benjamin C. Coats*
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226
(313) 226-9734
Benjamin.Coats@usdoj.gov

s/*Nancy L. McGunn* (w/consent)
Attorney for Defendant
613 Abbott Street
5th Floor
Detroit, MI 48226
(313) 967-5846
Nancy_McGunn@fd.org

Dated:  August 23, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,                    Case No. 21-cr-20063

v.                                     Hon. Laurie J. Michelson

KATELYN JONES,

              Defendant.

_____/

### ORDER CONTINUING THE SCHEDULING DATES AND FINDING EXCLUDABLE DELAY

The Court has considered the parties' stipulation and joint motion for a continuance and a finding that the period from September 7, 2021, to October 25, 2021 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from September 7, 2021, to October 25, 2021 qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that:

2

- The parties continue to discuss potential resolutions of this matter. For the defendant's part, those discussions have been delayed by the need to collect voluminous records from third parties. Some of those requests remain outstanding and are expected to be received shortly. Those records will then need to be reviewed, and the pertinent portions communicated to the government, which will need to evaluate the defendant's submissions in their entirety and respond.

- The unprecedented and exigent circumstances created by Covid-19 have created a health emergency throughout the United States and numerous foreign countries and has resulted in widespread societal disruption. The Court continues to have limited availability to conduct hearings and trials.

**IT IS THEREFORE ORDERED** that the time from September 7, 2021, to October 25, 2021, shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

**IT IS FURTHER ORDERED** that the following deadlines will apply to these proceedings:

- **Plea Hearing / Final Pretrial Conference:** October 13, 2021 at 2:00 p.m.

- **Trial Date:** October 25, 2021, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 23, 2021

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

4