UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                CR. NO.  21-20063

    v.

                                        Hon. Laurie J. Michelson

KATELYN JONES,

                Defendant.

_____/

## Stipulation and Order to Continue Sentencing

The parties, with the consent of Defendant Jones, stipulate to adjourn the currently scheduled sentencing hearing on July 14, 2023. The reason for the continuance and for a finding of excludable delay is as follows:

- Defendant has extensive health issues, which have very recently caused her to become hospitalized again.  Due to ongoing medical treatment and care, it is in the best interest of the Defendant for the parties to adjourn her sentencing until after her health is stabilized by her treating physicians.

The parties therefore request that the Court find that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**


s/ Diane N. Princ (w/consent)          s/ Nancy McGunn
DIANE N. PRINC                NANCY L. MCGUNN
Assistant United States Attorney      Counsel for Ms. Jones
211 W. Fort Street, Suite 2001        613 Abbott, Suite 500
Detroit MI 48226                    Detroit MI 48226
313-226-9524                      313-967-5846
Diane.Princ@usdoj.gov          Nancy_Mcgunn@fd.org

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,           CR. NO.  21-20063

     v.

                                  Hon. Laurie J. Michelson

KATELYN JONES,

              Defendant.

_____/

## **Order Continuing Sentencing Date**

The Court has considered the stipulation by all parties to adjourn the sentencing hearing currently scheduled for July 14, 2023.  The Court finds that failure to grant the continuance would hinder the Defendant's ability to continue necessary medical treatment and care.

IT IS FURTHER ORDERED that the Defendant's Sentencing is adjourned to September 13, 2023, at 3:00 p.m. Sentencing memoranda are due by September 6, 2023.

Dated: July 5, 2023

                                 s/Laurie J. Michelson
                                 LAURIE J. MICHELSON
                                 UNITED STATES DISTRICT JUDGE