UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                CR. NO. 21-20063

v.

                                      Hon. Laurie J. Michelson

KATELYN JONES,

        Defendant.
_____/

## EX-PARTE ORDER TO ALLOW DEFENSE COUNSEL TO FILE DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL

Defendant, KATELYN JONES, through her attorney, NANCY MCGUNN of the Federal Community Defender Office, respectfully requests that this Court Order that the Defendant's forthcoming Sentencing Memorandum and Exhibits be filed under seal to protect any and all confidential information contained within the documents.

IT IS SO ORDERED.

Dated: January 3, 2024

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE