UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 21-20063 |
| v. | Honorable Laurie J. Michelson |
| KATELYN JONES, | |
| Defendant. | |

## NOTICE TO APPEAR

The parties are directed to appear before Judge Michelson at U.S. Courthouse, 231 West Lafayette, Courtroom 242, Detroit, Michigan 48226 on **October 16, 2024, at 10:00 a.m**. for hearing on possible emergency motion for compassionate release.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses, or by way of the defendant's probation officer disclosed on the Notice of Electronic Filing on October 15, 2024.

s/Erica Parkin
Case Manager